November 7, 2013



# JUDGMENT

## The Fourteenth Court of Appeals

MAHA KHALIFA AL-LAHIQ, M.D., Appellant

NO. 14-13-00158-CV             V.

ULYSSES L. ROSEMOND, Appellee

_____

       This cause, an appeal from the judgment in favor of appellee, ULYSSES L. ROSEMOND, signed, January 29, 2013, was heard on the transcript of the record. We have inspected the record and find error in the judgment. We **REVERSE** the trial court's order, **RENDER** judgment dismissing Rosemond's claims with prejudice, and **REMAND** to the trial court for determination of reasonable attorney's fees and court costs.

       We further order that all costs incurred by reason of this appeal be paid by appellee ULYSSES L. ROSEMOND.

       We further order this decision certified below for observance.